535 A.2d 1054

**Robert J. TRIFFIN, t/a General Funding**

v.

**INTERSTATE PRINTING CO., INC., and Girard Bank.**

**Appeal of GIRARD BANK.**

Supreme Court of Pennsylvania.

Argued Jan. 20, 1988.

Decided Jan. 22, 1988.

Joseph D. Olivieri, Kenneth C. Frazier, Warren T. Pratt, Philadelphia, for appellant.

David F.C. Griesing, Philadelphia, for Triffin.

Edward Cohen, Philadelphia, for Interstate Printing.

Robert J. Triffin, in pro. per.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.